Scott E. Gizer, Esq., Nevada Bar No. 12216
  sgizer@earlysullivan.com
Sophia S. Lau, Esq., Nevada Bar No. 13365
  slau@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  ksinclair@sinclairbraun.com
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC., FIDELITY
NATIONAL TITLE INSURANCE COMPANY, and FIDELITY
NATIONAL TITLE AGENCY OF NEVADA, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br>　　　　　　Plaintiff, <br><br>　　vs. <br><br> FIDELITY NATIONAL TITLE GROUP, INC. et al., <br><br>　　　　　　Defendants. | Case No.: 2:21-cv-01009-RFB-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)** <br><br> **FIRST REQUEST** |

COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG"), Fidelity National Title Insurance Company ("Fidelity"), and Fidelity National Title Agency of Nevada, Inc. ("Fidelity Agency") (collectively "Defendants") and plaintiff Wells Fargo Bank National Association ("Wells Fargo"), by and through their respective attorneys of record, which hereby

agree and stipulate as follows:

1. On May 25, 2021 Wells Fargo filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On May 26, 2021, Fidelity removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. Fidelity Agency's response to Wells Fargo's complaint is currently due on June 29, 2021, Fidelity's response is currently due June 30, 2021, on while FNTG's response is currently due on July 2, 2021;

4. Counsel for Defendants request a 35-day extension for FNTG (38 days for Fidelity Agency and 37 days for Fidelity) through and including Friday, August 6, 2021 for Defendants to file their respective responses to Wells Fargo's complaint to afford Defendants' counsel additional time to review and respond to Wells Fargo's complaint.

5. Counsel for Wells Fargo does not oppose the requested extension;

6. This is the first request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

7. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//
//



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint are hereby extended through and including Friday, August 6, 2021.

Dated: June 23, 2021                    SINCLAIR BRAUN LLP

By: <u>*/s/-Kevin S. Sinclair*</u>
    KEVIN S. SINCLAIR
    Attorneys for Defendants
    FIDELITY NATIONAL TITLE GROUP, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY, and FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC.

Dated: June 23, 2021                    WRIGHT FINLAY & ZAK, LLP

By: <u>*/s/-Darren T. Brenner*</u>
    DARREN T. BRENNER
    Attorneys for Plaintiff
    WELLS FARGO BANK NATIONAL ASSOCIATION.

**IT IS SO ORDERED.**

Dated this 28th day of June, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE