Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC., FIDELITY
NATIONAL TITLE INSURANCE COMPANY, and FIDELITY
NATIONAL TITLE AGENCY OF NEVADA, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>                    Plaintiff,<br><br>            vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>                    Defendants. | Case No.: 2:21-cv-01009-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**SECOND REQUEST** |

    COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG"), Fidelity National Title Insurance Company ("Fidelity"), and Fidelity National Title Agency of Nevada, Inc. ("Fidelity Agency") (collectively "Defendants") and plaintiff Wells Fargo Bank National Association ("Wells Fargo"), by and through their respective attorneys of record, which hereby

agree and stipulate as follows:

1. On May 25, 2021 Wells Fargo filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On May 26, 2021, Fidelity removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On June 28, 2021, the Court granted the Parties' first stipulation extending the time for Defendants to file their respective responses to Wells Fargo's complaint through and including Friday, August 6, 2021 (ECF No. 13);

4. Counsel for Defendants request a 32-day extension, through and including Tuesday, September 7, 2021 for Defendants to file their respective responses to Wells Fargo's complaint to afford Defendants' counsel additional time to review and respond to Wells Fargo's complaint.

5. Counsel for Wells Fargo does not oppose the requested extension;

6. This is the second request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

7. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//



**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint are hereby extended through and including Tuesday, September 7, 2021.

Dated: July 29, 2021                                  SINCLAIR BRAUN LLP


By:  /s/-Kevin S. Sinclair
     KEVIN S. SINCLAIR
     Attorneys for Defendants
     FIDELITY NATIONAL TITLE GROUP,
     INC., FIDELITY NATIONAL TITLE
     INSURANCE COMPANY, and FIDELITY
     NATIONAL TITLE AGENCY OF NEVADA,
     INC.

Dated: July 29, 2021                                  WRIGHT FINLAY & ZAK, LLP


By:  /s/-Darren T. Brennre
     DARREN T. BRENNER
     Attorneys for Plaintiff
     WELLS FARGO BANK NATIONAL
     ASSOCIATION.

**IT IS SO ORDERED.**

Dated this 4th day of August, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

