WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Wells Fargo Bank, National Association, as Trustee for the Holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF15 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF15,<br><br>                    Plaintiff,<br><br>     vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>                    Defendants. | Case No.:  2:21-cv-01009-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO FIDELITY NATIONAL TITLE INSURANCE COMPANY'S MOTION TO DISMISS [ECF No. 20]**<br><br>**[First Request]** |

Plaintiff, Wells Fargo Bank, National Association, as Trustee for the Holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15 ("Wells Fargo") and Defendant Fidelity National Title Insurance Company ("FNTIC"), by and through their counsel of record, hereby stipulate and agree as follows:

   1. On May 25, 2021, Wells Fargo filed its Complaint in Eighth Judicial District Court, Case No. A-21-835251-C [ECF No. 1-1];
   2. On May 26, 2021, FNTIC filed a Petition for Removal to this Court [ECF No. 1];

3. On September 2, 2021, FNTIC filed a Motion to Dismiss [ECF No. 20];

4. Wells Fargo's deadline to respond to FNTIC's Motion to Dismiss is currently September 16, 2021;

5. Wells Fargo's counsel is requesting a 29-day extension until Friday, October 15, 2021, to file its response to the pending Motion to Dismiss;

6. This extension is requested to allow counsel for Wells Fargo additional time to review and respond to the points and authorities cited to in the pending Motion;

7. Counsel for FNTIC does not oppose the requested extension;

8. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 16th day of September, 2021.    DATED this 16th day of September, 2021.

WRIGHT, FINLAY & ZAK, LLP    EARLY SULLIVAN WRIGHT GIZER & McRAE, LLP

*/s/ Lindsay D. Dragon*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Wells Fargo Bank, National Association, as Trustee for the Holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15*

*/s/ Sophia S. Lau*
Sophia S. Lau, Esq.
Nevada Bar No. 13365
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89148
*Attorney for Defendant Fidelity National Title Insurance Company*

**IT IS SO ORDERED.**

Dated this  18th  day of September, 2021.

_____
RICHARD E. BOULWARE, II
United States District Court