Scott E. Gizer, Esq., Nevada Bar No. 12216
  sgizer@earlysullivan.com
Sophia S. Lau, Esq., Nevada Bar No. 13365
  slau@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  ksinclair@sinclairbraun.com
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br>       Plaintiff, <br><br> vs. <br><br> FIDELITY NATIONAL TITLE GROUP, INC. et al., <br><br>       Defendants. | Case No.: 2:21-cv-01009-RFB-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF MOTION TO DISMISS AND OPPOSE COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT (ECF NOS. 29, 30)** <br><br> **FIRST REQUEST** |

COMES NOW defendant Fidelity National Title Insurance Company ("Fidelity") and plaintiff Wells Fargo Bank National Association ("Wells Fargo"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On May 25, 2021, Wells Fargo filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On May 26, 2021, Fidelity removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On September 2, 2021, Fidelity moved to dismiss Wells Fargo's complaint (ECF No. 20);

4. On October 15, 2021, Wells Fargo opposed Fidelity's motion to dismiss (ECF No. 29) and filed a countermotion for partial summary judgment (ECF No. 30);

5. Counsel for Fidelity requests a 31-day extension of time for Fidelity to file its opposition to Wells Fargo's countermotion for partial summary judgment and a 45-day extension of Fidelity's deadline to reply in support of its motion to dismiss, such that both shall be due on Monday, December 6, 2021, to afford Fidelity's counsel additional time to review and respond to the arguments in Wells Fargo's opposition and countermotion.

6. Counsel for Wells Fargo does not oppose the requested extension;

7. This is the first request for an extension made by counsel for Fidelity, which is made in good faith and not for the purposes of delay.

//
//
//
//
//
//
//
//
//
//
//
//
//
//





1  **IT IS SO STIPULATED** that Fidelity's deadline to reply in support of its motion to
2  dismiss and oppose the countermotion for partial summary judgment are hereby extended through
3  and including Monday, December 6, 2021.
4  Dated:  October 19, 2021                    SINCLAIR BRAUN LLP

6                                               By:   */s/-Kevin S. Sinclair*
7                                                     KEVIN S. SINCLAIR
                                                      Attorneys for Defendant
8                                                     FIDELITY NATIONAL TITLE INSURANCE
                                                      COMPANY
9  Dated:  October 19, 2021                    WRIGHT FINLAY & ZAK, LLP

11                                              By:   */s/-Lindsay D. Dragon*
12                                                    LINDSAY D. DRAGON
                                                      Attorneys for Plaintiff
13                                                    WELLS FARGO BANK NATIONAL
                                                      ASSOCIATION.
14
**IT IS SO ORDERED.**
15
Dated this __19th__ day of __October__, 2021.
16
                                                    _____
17                                                  RICHARD F. BOULWARE, II
                                                    UNITED STATES DISTRICT JUDGE
18