# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF15 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006- FF15,<br><br>Plaintiff(s),<br><br>v.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>Defendant(s). | 2:21-cv-01009-RFB-VCF<br><br>**ORDER** |

Before the Court is *Wells Fargo Bank National Association, v. Fidelity National Title Group, Inc., et al.*, case number 2:21-cv-01009-RFB-VCF.

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before November 8, 2021.

DATED this 25th day of October, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE